UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-31123-H1-7 |
| | § | |
| MICHAEL SCOTT MCCASLAND, Sr. | § | |
| EXCEMCIA G. MCCASLAND | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $90,002.00 | Assets Exempt: | $275,727.00 |
| Total Distributions to Claimants: | $17,318.51 | Claims Discharged Without Payment: | $144,040.53 |
| Total Expenses of Administration: | $7,076.49 | | |

    3)    Total gross receipts of $24,395.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,395.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $95,184.86 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,076.49 | $7,076.49 | $7,076.49 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $138,435.63 | $68,932.41 | $68,932.41 | $17,318.51 |
| **Total Disbursements** | $233,620.49 | $76,008.90 | $76,008.90 | $24,395.00 |

 4). This case was originally filed under chapter 7 on 02/08/2012. The case was pending for 21 months.

 5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015    By: /s/ Randy W. Williams
                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Estimated 2011 Fed tax refund | 1124-000 | $3,282.60 |
| A. Hollis & Co engraved martini action .303 British | 1129-000 | $1,000.00 |
| Anschutz Model 54 .22 cal left handed free rifle-fuly accessorized | 1129-000 | $600.00 |
| Bondini W. Moore replica flint-lock pistol -set trigger .45 cal | 1129-000 | $175.00 |
| Cased Beretta O/U percussion shotgun- 300th anniversary- 12 ga | 1129-000 | $400.00 |
| Checking acct- Houston Fed Cred Union- acc xxxx5701 | 1129-000 | $102.40 |
| Chinese Cloisonne plate- cherry blossoms with butterflies-8" diameter | 1129-000 | $12.50 |
| Chinese Cloisonne plate- flowers on red background- 4" diameter | 1129-000 | $12.50 |
| Chinese Cloisonne plate- flowers on red background- 5" diameter | 1129-000 | $12.50 |
| Chinese Cloisonne vase- flowers on white background - 8" tall | 1129-000 | $12.50 |
| Chinese cork carving- black lacquer shadow-box frame on stand 14"X12" | 1129-000 | $50.00 |
| D. Bishop custom Flint-lock pistol .44 cal | 1129-000 | $125.00 |
| Engraved Swiss martini custom built by Hervey Lovell, 10X Fecker target scope DS triggers-2 R Lovell cal | 1129-000 | $1,000.00 |
| Four ceramic pen holdes- hand painted-polychrome-10" tall | 1129-000 | $60.00 |
| Heckler and Kock model HK510 limited edition single shot 12 ga X3" | 1129-000 | $175.00 |
| High Standard HD Military .22- 4" Bbl Blue | 1129-000 | $300.00 |
| High Standard supermatic Citation -.22 blue | 1129-000 | $375.00 |
| Ithaca model 37 pump 12 ga. (X2) | 1129-000 | $275.00 |
| Ivory carving of Confucious -10" | 1129-000 | $650.00 |
| Ivory carving of Confucious- 20" | 1129-000 | $1,400.00 |
| Ivory carving of Confucious- 20"- cracked | 1129-000 | $450.00 |
| Ivory carving of Confucius- 19.5 " | 1129-000 | $1,400.00 |
| Ivory carving of Confucius-10" | 1129-000 | $1,250.00 |
| Ivory carvings of 3 brothers (fishermen )- 10", 10" & 9" | 1129-000 | $1,500.00 |
| L.C. Smith (Hunter Arms) field grade double Bbl 12 ga. | 1129-000 | $350.00 |
| Lames O/U 12 ga. engraved | 1129-000 | $300.00 |
| Marlin 1895 45-70 cal Waldlaufer 3-9 variable scope | 1129-000 | $525.00 |
| Martini action -engraved- DS triggers, unmarked, 9 mm | 1129-000 | $750.00 |
| Miller & Val. Greiss- Muenchen (pre war) hammer drilling 16ga. X16 ga., X9.3X72 R | 1129-000 | $650.00 |
| Mortimer replica flint-lock pistol- set trigger .44 cal | 1129-000 | $100.00 |
| Newton rebarreled to 25-06 DS triggers- iron sights | 1129-000 | $400.00 |

| | | |
|---|---|---:|
| Original Cooper double action percussion revolver (ca 1864) .36 cal | 1129-000 | $225.00 |
| Original full-stock percussion Jaeger rifle (maker unknown) -.55 cal | 1129-000 | $100.00 |
| Original full-stock percussion rifle (H. Marlin) .46 cal | 1129-000 | $250.00 |
| Original full-stock Potsdam musket- .69 cal | 1129-000 | $125.00 |
| Original half-stock percussion rifle (maker unknown)- .53 cal | 1129-000 | $100.00 |
| Original half-stock percussion rifle -.50 cal | 1129-000 | $100.00 |
| Pedersoli Kodiak percussion double rifle .50X.50 cal | 1129-000 | $300.00 |
| Pedersoli Le Page replica percussion pistol - set trigger .36 cal | 1129-000 | $160.00 |
| Pedersoli Le Page replica pervussion pistol - set trigger .44 cal | 1129-000 | $125.00 |
| Recent original full-stock flint-lock rifle-Ted Fellowes- | 1129-000 | $175.00 |
| Recent original full-stock flinti-lock rifle (EF Herman bbl., Maslin lock) .46 cal | 1129-000 | $125.00 |
| Remington model 51- semi-auto .380 Blue | 1129-000 | $400.00 |
| Ruger 1B .223 cal Pecar 3-7 variable scope | 1129-000 | $450.00 |
| Ruger Old Army percussion revolver .44 cal | 1129-000 | $275.00 |
| S& W model 29 -rev. .44 mag- 8 3/8 " Bbl nickel plated | 1129-000 | $500.00 |
| S&W model 422 -semi-auto .22 4" Bbl blue | 1129-000 | $300.00 |
| S&W model 63- rev.- .22 - 4" Bbl stainless | 1129-000 | $300.00 |
| S&W model 66 - rev. .357 mag. -4" Bbl stainless | 1129-000 | $450.00 |
| Sempert and Krieghof- Suhl - double Bbl 16 ga | 1129-000 | $300.00 |
| Stoeger break-action target pistol-single shot-.22 | 1129-000 | $150.00 |
| Tingle percussion pistol Shelbyville IN .40 cal | 1129-000 | $100.00 |
| Two ceramic ginger jars-hand painted- red dragon dogs on grey background | 1129-000 | $100.00 |
| Two Chinese oil paintings on wood panels-black lacquer frames- 22"X14" | 1129-000 | $70.00 |
| W.W. Greener engraved martini action .375 straight rimmed express 2.5" cal | 1129-000 | $1,500.00 |
| Octagon gun Barrel | 1229-000 | $20.00 |
| **TOTAL GROSS RECEIPTS** | | $24,395.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---:|---:|---:|---:|
| | Bb&t | 4110-000 | $88,512.00 | $0.00 | $0.00 | $0.00 |
| | Silverleaf Resorts Inc | 4110-000 | $5,158.26 | $0.00 | $0.00 | $0.00 |
| | Summer Bay | 4110-000 | $1,514.60 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| | Resort | | | | |
| **TOTAL SECURED CLAIMS** | | | $95,184.86 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randy W. Williams, Trustee | 2100-000 | NA | $3,189.50 | $3,189.50 | $3,189.50 |
| Randy W. Williams, Trustee | 2200-000 | NA | $56.90 | $56.90 | $56.90 |
| George Adams & Co. | 2300-000 | NA | $22.14 | $22.14 | $22.14 |
| Green Bank | 2600-000 | NA | $356.95 | $356.95 | $356.95 |
| GAINER DONNELLY, LLP, Accountant for Trustee | 3410-000 | NA | $300.00 | $300.00 | $300.00 |
| WEBSTER'S AUCTION PALACE, Auctioneer for Trustee | 3610-000 | NA | $3,151.00 | $3,151.00 | $3,151.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,076.49 | $7,076.49 | $7,076.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $8,806.56 | $8,806.56 | $2,225.76 |
| 2 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $3,207.60 | $3,207.60 | $810.68 |
| 3 | Midland Funding LLC | 7100-000 | $0.00 | $3,802.69 | $3,802.69 | $961.09 |
| 4 | Edfinancial Services for NTHEA | 7100-000 | $16,739.00 | $18,758.39 | $18,758.39 | $4,740.96 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $444.00 | $350.37 | $350.37 | $88.55 |
| 6 | Midland Funding LLC | 7100-000 | $1,312.00 | $1,577.18 | $1,577.18 | $398.61 |
| 7 | Midland Funding LLC | 7100-000 | $162.00 | $181.53 | $181.53 | $45.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Midland Funding LLC | 7100-000 | $2,381.00 | $2,450.11 | $2,450.11 | $619.24 |
| 9 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | $5,819.00 | $5,819.48 | $5,819.48 | $1,470.81 |
| 10 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $9,630.29 | $9,630.29 | $2,433.94 |
| 11 | Citibank, N.A. | 7100-000 | $5,940.00 | $613.52 | $613.52 | $155.06 |
| 12 | Discover Bank | 7100-000 | $5,787.00 | $5,899.97 | $5,899.97 | $1,491.15 |
| 13 | FIA CARD SERVICES, N.A. | 7100-000 | $7,425.00 | $7,425.79 | $7,425.79 | $1,876.78 |
| 14 | Capital One, N.A. | 7200-000 | $0.00 | $408.93 | $408.93 | $0.00 |
| | Brazos Valley School C | 7100-000 | $5,768.00 | $0.00 | $0.00 | $0.00 |
| | Brazos Valley School C | 7100-000 | $8,057.00 | $0.00 | $0.00 | $0.00 |
| | Brazos Valley School C | 7100-000 | $6,786.00 | $0.00 | $0.00 | $0.00 |
| | Cpu/cbna | 7100-000 | $127.00 | $0.00 | $0.00 | $0.00 |
| | Dsnb Macys | 7100-000 | $211.00 | $0.00 | $0.00 | $0.00 |
| | Edfncl Svcs/nthea | 7100-000 | $920.00 | $0.00 | $0.00 | $0.00 |
| | Equable Ascent Financi/Chase Bank | 7100-000 | $3,803.00 | $0.00 | $0.00 | $0.00 |
| | Exxmblciti | 7100-000 | $911.00 | $0.00 | $0.00 | $0.00 |
| | Feb/frys | 7100-000 | $1,970.00 | $0.00 | $0.00 | $0.00 |
| | Fed Loan Serv | 7100-000 | $17,721.00 | $0.00 | $0.00 | $0.00 |
| | Ginnys | 7100-000 | $664.23 | $0.00 | $0.00 | $0.00 |
| | Hsbc/bsbuy | 7100-000 | $442.00 | $0.00 | $0.00 | $0.00 |
| | Midland Mcm/Citibank | 7100-000 | $7,509.00 | $0.00 | $0.00 | $0.00 |
| | Monroe and Main | 7100-000 | $154.10 | $0.00 | $0.00 | $0.00 |
| | Office Dep | 7100-000 | $889.00 | $0.00 | $0.00 | $0.00 |
| | Pentagon Federal Cr Un | 7100-000 | $11,799.00 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recvry&affil/GE Money Bank | 7100-000 | $3,338.00 | $0.00 | $0.00 | $0.00 |
| | Sears/cbna | 7100-000 | $7,430.00 | $0.00 | $0.00 | $0.00 |
| | Seventh Avenue | 7100-000 | $1,020.00 | $0.00 | $0.00 | $0.00 |
| | Shell/citi | 7100-000 | $5,264.00 | $0.00 | $0.00 | $0.00 |
| | Shell/citi | 7100-000 | $620.00 | $0.00 | $0.00 | $0.00 |
| | Swiss Colony | 7100-000 | $110.30 | $0.00 | $0.00 | $0.00 |
| | Thd/cbna | 7100-000 | $1,436.00 | $0.00 | $0.00 | $0.00 |
| | Visdsnb | 7100-000 | $5,477.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $138,435.63 | $68,932.41 | $68,932.41 | $17,318.51 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 12-31123-H1-7 | | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| | | | | §341(a) Meeting Date: | 03/05/2012 |
| For the Period Ending: | 4/13/2015 | | | Claims Bar Date: | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | House/lot at 11811 Dorrance Ln, Meadows Place TX described as Lot 4, Block 12, The Meadows, Sec 2, Ft Bend County, TX | $123,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2 timeshares at Canyon Lake- Silverleaf Resorts (cannot sell it- has no value) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Timeshare at Summer Bay Resort, Clermont FL (has no value- cannot sell it) Unit 501-105, week 26 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Cash in possession with debtors | $20.00 | $20.00 | | $0.00 | FA |
| 5 | Checking acc- Brazos Valley Credit Union | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Funds exhausted prior to 341 | | | | | |
| 6 | Savings acc- Brazos Valley Credit Union | $20.00 | $20.00 | | $0.00 | FA |
| Asset Notes: | Funds exhausted prior to 341 | | | | | |
| 7 | Checking acct- Houston Fed Cred Union- acc xxxx5701 | $103.00 | $103.00 | | $102.40 | FA |
| 8 | Family or Library room items Couch- $50; desk-$25; 8 bookcases- $120; modular bookcase-$35; Pioneer stereo- $150; rocking chair- $35; desk chair- $15; 3 lamps- $30; card table- $15; laptop computer-$200 | $555.00 | $0.00 | | $0.00 | FA |
| 9 | Bedroom items Amateur radio equipment-$150; radio cabinet- $25; desk-$25; desktop computer-$200; card table- $15; 2 chairs- $20 | $435.00 | $0.00 | | $0.00 | FA |
| 10 | Garage items Washer- $75; Dryer- $75; generator-$150; chain saw-$75: 2 shelves- $50; assorted hand tools- $10; assorted electric tools- $15; lawnmower-$35; powerwasher- $20 | $505.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-31123-H1-7 | | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | | | §341(a) Meeting Date: | 03/05/2012 |
| | | | | Claims Bar Date: | 06/11/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Bedrooms items Bed-queen size- $100; 2 night stands- $50; 3 lamps-$30; rocking chair- $35; chest- $50; dresser- $75; bed-brass-queen-$100; bed-brass-full size-$100; chest-$50; 2 night stands-$10; 2 lamps-$20 | $620.00 | $0.00 | | $0.00 | FA |
| 12 | Dining room items Table- $150; 8 chairs- $200; buffett-$100 | $450.00 | $0.00 | | $0.00 | FA |
| 13 | Kitchen items Refrigerator- $75; dishes-$35; cookware-$40; toaster-$5; mixer-$5; coffee maker- $5 | $165.00 | $0.00 | | $0.00 | FA |
| 14 | Living room items Couch- $125; 2 easy chairs-$100; recliner-$50; bench seat-$25; 2 end tables- $60; coffee table-$40; dining table with chairs- $100; 2 book cases- $50; 3 lamps- $45; stereo with speakers- $100 | $695.00 | $0.00 | | $0.00 | FA |
| 15 | Stamp collection | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Auctioneer determined that collection would not yield any remarkable value | | | | | |
| 16 | Ivory carving of Confucius- 20" | $1,350.00 | $1,350.00 | | $1,400.00 | FA |
| 17 | Ivory carving of Confucious- 20"- cracked | $1,200.00 | $1,200.00 | | $450.00 | FA |
| 18 | Ivory carving of Confucius- 19.5 " | $1,300.00 | $1,300.00 | | $1,400.00 | FA |
| 19 | Ivory carving of Confucious -10" | $800.00 | $800.00 | | $650.00 | FA |
| 20 | Ivory carving of Confucius-10" | $900.00 | $900.00 | | $1,250.00 | FA |
| 21 | Ivory carvings of 3 brothers (fishermen )- 10", 10" & 9" | $1,400.00 | $1,400.00 | | $1,500.00 | FA |
| 22 | Two ceramic ginger jars-hand painted- red dragon dogs on grey background | $300.00 | $300.00 | | $100.00 | FA |
| 23 | Four ceramic pen holdes- hand painted-polychrome-10" tall | $200.00 | $200.00 | | $60.00 | FA |
| 24 | Two Chinese oil paintings on wood panels-black lacquer frames- 22"X14" | $200.00 | $200.00 | | $70.00 | FA |
| 25 | Chinese cork carving- black lacquer shadow-box frame on stand 14"X12" | $100.00 | $100.00 | | $50.00 | FA |

| Case No.: | 12-31123-H1-7 | Trustee Name: | Randy W. Williams |
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | §341(a) Meeting Date: | 03/05/2012 |
| | | Claims Bar Date: | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26  Chinese Cloisonne vase- flowers on white background - 8" tall | $75.00 | $75.00 | | $12.50 | FA |
| 27  Chinese Cloisonne plate- cherry blossoms with butterflies-8" diameter | $45.00 | $45.00 | | $12.50 | FA |
| 28  Chinese Cloisonne plate- flowers on red background- 5" diameter | $35.00 | $35.00 | | $12.50 | FA |
| 29  Chinese Cloisonne plate- flowers on red background- 4" diameter | $25.00 | $25.00 | | $12.50 | FA |
| 30  Beer mugs - ceramic, glass- 30 | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   No value | | | | | |
| 31  Beer mugs- German- 60 | $600.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   No value | | | | | |
| 32  Books | $1,000.00 | $0.00 | | $0.00 | FA |
| 33  Wearing apparel with debtors | $1,000.00 | $0.00 | | $0.00 | FA |
| 34  Jewelry with debtors | $1,000.00 | $0.00 | | $0.00 | FA |
| 35  Marlin 39A "Golden Mountie" 22 cal | $600.00 | $0.00 | | $0.00 | FA |
| 36  Bondini "Sanftl" half-stock percussion rifle .45 cal | $1,050.00 | $0.00 | | $0.00 | FA |
| 37  Ruger 1B .223 cal Pecar 3-7 variable scope | $600.00 | $600.00 | | $450.00 | FA |
| 38  Marlin 1895 45-70 cal Waldlaufer 3-9 variable scope | $520.00 | $520.00 | | $525.00 | FA |
| 39  Anschutz Model 54 .22 cal left handed free rifle-fuly accessorized | $1,250.00 | $1,250.00 | | $600.00 | FA |
| 40  Newton rebarreled to 25-06 DS triggers- iron sights | $575.00 | $575.00 | | $400.00 | FA |
| 41  Engraved Swiss martini custom built by Hervey Lovell, 10X Fecker target scope DS triggers-2 R Lovell cal | $7,000.00 | $7,000.00 | | $1,000.00 | FA |
| 42  W.W. Greener engraved martini action .375 straight rimmed express 2.5" cal | $7,500.00 | $7,500.00 | | $1,500.00 | FA |
| 43  A. Hollis & Co engraved martini action .303 British | $8,000.00 | $8,000.00 | | $1,000.00 | FA |

| Case No.: | 12-31123-H1-7 | | Trustee Name: | | Randy W. Williams |
|---|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Date Filed (f) or Converted (c): | | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | | §341(a) Meeting Date: | | 03/05/2012 |
| | | | Claims Bar Date: | | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 44  Martini action -engraved- DS triggers, unmarked, 9 mm | $750.00 | $750.00 | | $750.00 | FA |
| 45  L.C. Smith (Hunter Arms) field grade double Bbl 12 ga. | $1,050.00 | $1,050.00 | | $350.00 | FA |
| 46  Ithaca model 37 pump 12 ga. (X2) | $255.00 | $255.00 | | $275.00 | FA |
| 47  Lames O/U 12 ga. engraved | $650.00 | $650.00 | | $300.00 | FA |
| 48  Heckler and Kock model HK510 limited edition single shot 12 ga X3" | $275.00 | $275.00 | | $175.00 | FA |
| 49  Sempert and Krieghof- Suhl - double Bbl 16 ga | $650.00 | $650.00 | | $300.00 | FA |
| 50  S&W model 29 -rev. .44 mag- 8 3/8 " Bbl nickel plated | $800.00 | $800.00 | | $500.00 | FA |
| 51  S&W model 66 - rev. .357 mag. -4" Bbl stainless | $500.00 | $500.00 | | $450.00 | FA |
| 52  S&W model 63- rev.- .22 - 4" Bbl stainless | $500.00 | $500.00 | | $300.00 | FA |
| 53  S&W model 422 -semi-auto .22 4" Bbl blue | $550.00 | $550.00 | | $300.00 | FA |
| 54  Remington model 51- semi-auto .380 Blue | $500.00 | $500.00 | | $400.00 | FA |
| 55  High Standard supermatic Citation -.22 blue | $450.00 | $450.00 | | $375.00 | FA |
| 56  High Standard HD Military .22- 4" Bbl Blue | $450.00 | $450.00 | | $300.00 | FA |
| 57  Stoeger break-action target pistol-single shot-.22 | $725.00 | $725.00 | | $150.00 | FA |
| 58  Original half-stock percussion rifle (maker unknown)- .53 cal | $1,000.00 | $1,000.00 | | $100.00 | FA |
| 59  Original full-stock percussion Jaeger rifle (maker unknown) -.55 cal | $1,100.00 | $1,100.00 | | $100.00 | FA |
| 60  Original full-stock Potsdam musket- .69 cal | $950.00 | $950.00 | | $125.00 | FA |
| 61  Original half-stock percussion rifle -.50 cal | $1,150.00 | $1,150.00 | | $100.00 | FA |
| 62  Recent original full-stock flinti-lock rifle (EF Herman bbl., Maslin lock) .46 cal | $1,200.00 | $1,200.00 | | $125.00 | FA |
| 63  Recent original full-stock flint-lock rifle-Ted Fellowes- | $1,200.00 | $1,200.00 | | $175.00 | FA |
| 64  Original full-stock percussion rifle (H. Marlin) .46 cal | $1,100.00 | $1,100.00 | | $250.00 | FA |
| 65  Pedersoli Kodiak percussion double rifle .50X.50 cal | $900.00 | $900.00 | | $300.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| Case No.: | 12-31123-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | §341(a) Meeting Date: | 03/05/2012 |
| | | Claims Bar Date: | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 66  Original Cooper double action percussion revolver (ca 1864) .36 cal | $550.00 | $550.00 | | $225.00 | FA |
| 67  Tingle percussion pistol Shelbyville IN .40 cal | $450.00 | $450.00 | | $100.00 | FA |
| 68  D. Bishop custom Flint-lock pistol .44 cal | $475.00 | $475.00 | | $125.00 | FA |
| 69  Mortimer replica flint-lock pistol- set trigger .44 cal | $375.00 | $375.00 | | $100.00 | FA |
| 70  Pedersoli Le Page replica percussion pistol - set trigger .36 cal | $375.00 | $375.00 | | $160.00 | FA |
| 71  Bondini W. Moore replica flint-lock pistol -set trigger .45 cal | $375.00 | $375.00 | | $175.00 | FA |
| 72  Pedersoli Le Page replica pervussion pistol - set trigger .44 cal | $375.00 | $375.00 | | $125.00 | FA |
| 73  Ruger Old Army percussion revolver .44 cal | $475.00 | $475.00 | | $275.00 | FA |
| 74  Cased Beretta O/U percussion shotgun- 300th anniversary- 12 ga | $1,175.00 | $1,175.00 | | $400.00 | FA |
| 75  Miller & Val. Greiss- Muenchen (pre war) hammer drilling 16ga. X16 ga., X9.3X72 R | $1,150.00 | $1,150.00 | | $650.00 | FA |
| 76  Cash value of life insurance policy- Alliance | $2,200.00 | $0.00 | | $0.00 | FA |
| 77  Cash value of life insurance- Woodmens of the World | $5,000.00 | $0.00 | | $0.00 | FA |
| 78  Monthly Texas Retirement System pension benefit | $2,845.00 | $0.00 | | $0.00 | FA |
| 79  Monthly benefits US Retirement office- pension | $756.00 | $0.00 | | $0.00 | FA |
| 80  IRA benefits at Schwab, acc xxxx4825 | $4,722.00 | $0.00 | | $0.00 | FA |
| 81  IRA benefits at Schwab, acc xxxx 2185 | $23,985.00 | $0.00 | | $0.00 | FA |
| 82  IRA benefits with Schwab, account xxxx 3572 | $183,531.00 | $0.00 | | $0.00 | FA |
| 83  Estimated 2011 Fed tax refund | $3,282.00 | $2,000.00 | | $3,282.60 | FA |
| 84  2003 Chrysler Tour Country Van (105K miles) | $3,000.00 | $0.00 | | $0.00 | FA |
| 85  2005 Chrysler Tour Country Van (80K miles) | $5,000.00 | $0.00 | | $0.00 | FA |
| 86  Hand forged turf axe- blade with 15"- handle 51" | $150.00 | $0.00 | | $0.00 | FA |
| 87  Hand forged turf axe-blade width 14.5"- handle 48" | $145.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-31123-H1-7 | Trustee Name: | Randy W. Williams |
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | §341(a) Meeting Date: | 03/05/2012 |
| | | Claims Bar Date: | 06/11/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 88 | Hand forged turf axe- blade width 12"- handle 39" | $140.00 | $0.00 | | $0.00 | FA |
| 89 | Hand forged broad axe- blade width 10.5"- handle 25" | $145.00 | $0.00 | | $0.00 | FA |
| 90 | Hand forged broad axe- blade width 13"- handle - 18" | $145.00 | $0.00 | | $0.00 | FA |
| 91 | Hand forged broad axe- blade width 10"- handle- 23" | $125.00 | $0.00 | | $0.00 | FA |
| 92 | Hand forged broad axe- blade width 11"- handle 12" | $135.00 | $0.00 | | $0.00 | FA |
| 93 | Hand forged broad axe- blade only- width 8.5" | $45.00 | $0.00 | | $0.00 | FA |
| 94 | Hand forged broad axe- blade only - width 9.5" | $50.00 | $0.00 | | $0.00 | FA |
| 95 | Hand forged axe-blade width 4.25"- handle 24" | $70.00 | $0.00 | | $0.00 | FA |
| 96 | Hand forged axe- blad width 3"- handle- 21" | $60.00 | $0.00 | | $0.00 | FA |
| 97 | Hand forged axe- blade width 5"- handle 17.5" | $65.00 | $0.00 | | $0.00 | FA |
| 98 | French fireman's axe-blade width 4/5"- handle 29/5" | $85.00 | $0.00 | | $0.00 | FA |
| 99 | French fireman's hand axe-blade width 2.5"- handle 19" | $85.00 | $0.00 | | $0.00 | FA |
| 100 | Butcher's axe- blade width 9.5"- handle 27" | $75.00 | $0.00 | | $0.00 | FA |
| 101 | Butcher's cleaver/knife-blade lenght 13.5"- handle 18.5" | $45.00 | $0.00 | | $0.00 | FA |
| 102 | Hand forged double edged cleaver-blade width 7"- handle 6" | $35.00 | $0.00 | | $0.00 | FA |
| 103 | Hand forged double edged cleaver-blade width 5.5" handle 6.5" | $35.00 | $0.00 | | $0.00 | FA |
| 104 | Hand forged cleaver-blade width 6"- handle 6.5" | $35.00 | $0.00 | | $0.00 | FA |
| 105 | Twibble- blade length 12"- handle 8.5" | $40.00 | $0.00 | | $0.00 | FA |
| 106 | Foot adze- blade width 4"- handle 33" | $75.00 | $0.00 | | $0.00 | FA |
| 107 | Hand adze-blade width 2.5"- handle 14.5" | $75.00 | $0.00 | | $0.00 | FA |
| 108 | Hand forged hay knife/saw- blade length 35"- handles 4.5" | $70.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 7     Exhibit 8

| Case No.: | 12-31123-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | Date Filed (f) or Converted (c): | 02/08/2012 (f) |
| For the Period Ending: | 4/13/2015 | §341(a) Meeting Date: | 03/05/2012 |
| | | Claims Bar Date: | 06/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 109  Hand forged two-handled scorp- blade length 9"- handles 4" | $20.00 | $0.00 | | $0.00 | FA |
| 110  Hand auger w/cross handles- bit tapered 1.5"-2"X12" | $25.00 | $0.00 | | $0.00 | FA |
| 111  Hand auger w/cross handles - bit 1/4"X17.5" | $15.00 | $0.00 | | $0.00 | FA |
| 112  Hand forged hand auger w/ cross handles bit tapered 3/8'-1 3/8"X20" | $35.00 | $0.00 | | $0.00 | FA |
| 113  Hand forged hand auger w/cross handles- bit 3/4" X21" | $25.00 | $0.00 | | $0.00 | FA |
| 114  Hand forged hand auger w/cross handles- bit 7/8"X14" | $25.00 | $0.00 | | $0.00 | FA |
| 115  Hand forged hand auger w/cross handles- bit 1/2"X13" | $25.00 | $0.00 | | $0.00 | FA |
| 116  Hand forged hand auger w/cross handles - bit 1/2"X11" | $25.00 | $0.00 | | $0.00 | FA |
| 117  Octagon gun Barrel                                 (u) | $0.00 | $0.00 | | $20.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                              **Gross Value of Remaining Assets**

$424,969.00     $58,548.00          $24,395.00     $0.00

**Major Activities affecting case closing:**
   Awaiting completion of estate tax returns.
   Claims review complete; no objections.  GDD to be hired to do tax work.
   Webster's Auction to sell non-exempt art and guns.  Auction to be held on 4/15/12.

| Initial Projected Date Of Final Report (TFR): | 04/30/2013 | Current Projected Date Of Final Report (TFR): | /s/ RANDY W. WILLIAMS |
|---|---|---|---|
| | | | RANDY W. WILLIAMS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31123-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9467 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | **-***9468 | | Account Title: | |
| For Period Beginning: | 2/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2012 | | Michael or Excemcia Mc Casland | Bank account balance on petition date and IRS refund | * | $3,385.00 | | $3,385.00 |
| | {83} | | $3,282.60 | 1124-000 | | | $3,385.00 |
| | {7} | | $102.40 | 1129-000 | | | $3,385.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.70 | $3,381.30 |
| 04/27/2012 | | Webster Auction Palace Inc | Proceeds from Auction | * | $21,010.00 | | $24,391.30 |
| | {16} | | $1,400.00 | 1129-000 | | | $24,391.30 |
| | {17} | | $450.00 | 1129-000 | | | $24,391.30 |
| | {18} | | $1,400.00 | 1129-000 | | | $24,391.30 |
| | {19} | | $650.00 | 1129-000 | | | $24,391.30 |
| | {20} | | $1,250.00 | 1129-000 | | | $24,391.30 |
| | {21} | | $1,500.00 | 1129-000 | | | $24,391.30 |
| | {22} | | $100.00 | 1129-000 | | | $24,391.30 |
| | {23} | | $60.00 | 1129-000 | | | $24,391.30 |
| | {24} | | $70.00 | 1129-000 | | | $24,391.30 |
| | {25} | | $50.00 | 1129-000 | | | $24,391.30 |
| | {26} | | $12.50 | 1129-000 | | | $24,391.30 |
| | {27} | | $12.50 | 1129-000 | | | $24,391.30 |
| | {28} | | $12.50 | 1129-000 | | | $24,391.30 |
| | {29} | | $12.50 | 1129-000 | | | $24,391.30 |
| | {37} | | $450.00 | 1129-000 | | | $24,391.30 |
| | {38} | | $525.00 | 1129-000 | | | $24,391.30 |
| | {39} | | $600.00 | 1129-000 | | | $24,391.30 |
| | {40} | | $400.00 | 1129-000 | | | $24,391.30 |
| | {41} | | $1,000.00 | 1129-000 | | | $24,391.30 |
| | {42} | | $1,500.00 | 1129-000 | | | $24,391.30 |
| | {43} | | $1,000.00 | 1129-000 | | | $24,391.30 |
| | {44} | | $750.00 | 1129-000 | | | $24,391.30 |
| | {45} | | $350.00 | 1129-000 | | | $24,391.30 |
| | {46} | | $275.00 | 1129-000 | | | $24,391.30 |
| | {47} | | $300.00 | 1129-000 | | | $24,391.30 |
| | {48} | | $175.00 | 1129-000 | | | $24,391.30 |
| | | | | **SUBTOTALS** | $24,395.00 | $3.70 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31123-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9467 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | **-***9468 | | Account Title: | |
| For Period Beginning: | 2/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| | {49} | | | $300.00 | 1129-000 | | $24,391.30 |
| | {50} | | | $500.00 | 1129-000 | | $24,391.30 |
| | {51} | | | $450.00 | 1129-000 | | $24,391.30 |
| | {52} | | | $300.00 | 1129-000 | | $24,391.30 |
| | {53} | | | $300.00 | 1129-000 | | $24,391.30 |
| | {54} | | | $400.00 | 1129-000 | | $24,391.30 |
| | {55} | | | $375.00 | 1129-000 | | $24,391.30 |
| | {56} | | | $300.00 | 1129-000 | | $24,391.30 |
| | {57} | | | $150.00 | 1129-000 | | $24,391.30 |
| | {58} | | | $100.00 | 1129-000 | | $24,391.30 |
| | {59} | | | $100.00 | 1129-000 | | $24,391.30 |
| | {60} | | | $125.00 | 1129-000 | | $24,391.30 |
| | {61} | | | $100.00 | 1129-000 | | $24,391.30 |
| | {62} | | | $125.00 | 1129-000 | | $24,391.30 |
| | {63} | | | $175.00 | 1129-000 | | $24,391.30 |
| | {64} | | | $250.00 | 1129-000 | | $24,391.30 |
| | {65} | | | $300.00 | 1129-000 | | $24,391.30 |
| | {66} | | | $225.00 | 1129-000 | | $24,391.30 |
| | {67} | | | $100.00 | 1129-000 | | $24,391.30 |
| | {68} | | | $125.00 | 1129-000 | | $24,391.30 |
| | {69} | | | $100.00 | 1129-000 | | $24,391.30 |
| | {70} | | | $160.00 | 1129-000 | | $24,391.30 |
| | {71} | | | $175.00 | 1129-000 | | $24,391.30 |
| | {72} | | | $125.00 | 1129-000 | | $24,391.30 |
| | {73} | | | $275.00 | 1129-000 | | $24,391.30 |
| | {74} | | | $400.00 | 1129-000 | | $24,391.30 |
| | {75} | | | $650.00 | 1129-000 | | $24,391.30 |
| | {117} | | | $20.00 | 1229-000 | | $24,391.30 |
| 04/30/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.19 | $24,385.11 |
| 05/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $39.35 | $24,345.76 |
| 06/29/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $39.28 | $24,306.48 |
| | | | **SUBTOTALS** | | $0.00 | $84.82 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31123-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9467 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | **-***9468 | | Account Title: | |
| For Period Beginning: | 2/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2012 | 1001 | WEBSTER'S AUCTION PALACE | DOC #16 | 3610-000 | | $3,151.00 | $21,155.48 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $36.64 | $21,118.84 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $37.37 | $21,081.47 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $29.62 | $21,051.85 |
| 10/24/2012 | 1002 | George Adams & Co. | Bond Payment | 2300-000 | | $22.14 | $21,029.71 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.97 | $20,995.74 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $34.97 | $20,960.77 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $31.64 | $20,929.13 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $33.77 | $20,895.36 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.45 | $20,864.91 |
| 03/05/2013 | 1003 | GAINER DONNELLY, LLP | Invoice 184979 | 3410-000 | | $300.00 | $20,564.91 |
| 07/29/2013 | 1004 | Randy W. Williams | Trustee Compensation | 2100-000 | | $3,189.50 | $17,375.41 |
| 07/29/2013 | 1005 | Randy W. Williams | Trustee Expenses | 2200-000 | | $56.90 | $17,318.51 |
| 07/29/2013 | 1006 | Quantum3 Group LLC as agent for | Account Number: ; Claim #: 1; | 7100-000 | | $2,225.76 | $15,092.75 |
| 07/29/2013 | 1007 | Atlas Acquisitions LLC | Account Number: ; Claim #: 2; | 7100-000 | | $810.68 | $14,282.07 |
| 07/29/2013 | 1008 | Midland Funding LLC | Account Number: ; Claim #: 3; | 7100-000 | | $961.09 | $13,320.98 |
| 07/29/2013 | 1009 | Edfinancial Services for NTHEA | Account Number: ; Claim #: 4; | 7100-000 | | $4,740.96 | $8,580.02 |
| 07/29/2013 | 1010 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 5; | 7100-000 | | $88.55 | $8,491.47 |
| 07/29/2013 | 1011 | Midland Funding LLC | Account Number: ; Claim #: 6; | 7100-000 | | $398.61 | $8,092.86 |
| 07/29/2013 | 1012 | Midland Funding LLC | Account Number: ; Claim #: 7; | 7100-000 | | $45.88 | $8,046.98 |
| 07/29/2013 | 1013 | Midland Funding LLC | Account Number: ; Claim #: 8; | 7100-000 | | $619.24 | $7,427.74 |
| 07/29/2013 | 1014 | American InfoSource LP as agent for TD Bank, USA | Account Number: ; Claim #: 9; | 7100-000 | | $1,470.81 | $5,956.93 |
| 07/29/2013 | 1015 | Atlas Acquisitions LLC | Account Number: ; Claim #: 10; | 7100-000 | | $2,433.94 | $3,522.99 |
| 07/29/2013 | 1016 | Citibank, N.A. | Account Number: ; Claim #: 11; | 7100-000 | | $155.06 | $3,367.93 |
| 07/29/2013 | 1017 | Discover Bank | Account Number: ; Claim #: 12; | 7100-000 | | $1,491.15 | $1,876.78 |
| 07/29/2013 | 1018 | FIA CARD SERVICES, N.A. | Account Number: ; Claim #: 13; | 7100-000 | | $1,876.78 | $0.00 |

                                                                                   **SUBTOTALS**         $0.00        $24,306.48

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-31123-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9467 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | **-***9468 | | Account Title: | |
| For Period Beginning: | 2/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $24,395.00 | $24,395.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $24,395.00 | $24,395.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,395.00 | $24,395.00 | |

| For the period of  2/8/2012 to 4/13/2015 | | For the entire history of the account between 03/06/2012 to 4/13/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,395.00 | Total Compensable Receipts: | $24,395.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,395.00 | Total Comp/Non Comp Receipts: | $24,395.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24,395.00 | Total Compensable Disbursements: | $24,395.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $24,395.00 | Total Comp/Non Comp  Disbursements: | $24,395.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31123-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | MCCASLAND, Sr., MICHAEL SCOTT AND MCCASLAND, EXCEMCIA G. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9467 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | **-***9468 | | Account Title: | |
| For Period Beginning: | 2/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $24,395.00 | $24,395.00 | $0.00 |

| For the period of 2/8/2012 to 4/13/2015 | | For the entire history of the case between 02/08/2012 to 4/13/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,395.00 | Total Compensable Receipts: | $24,395.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,395.00 | Total Comp/Non Comp Receipts: | $24,395.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24,395.00 | Total Compensable Disbursements: | $24,395.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,395.00 | Total Comp/Non Comp Disbursements: | $24,395.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS